# EXHIBIT B

| | | |
|---|---|---|
| TXu002480239 | TXu002480692 | TX0009487920 |
| TXu002482100 | TX0009488561 | TXu002480684 |
| TXu002480401 | TX0009482427 | TX0009483852 |
| TXu002480123 | TX0009483934 | TXu002482182 |
| TXu002479650 | TX0009485133 | TX0009485125 |
| TXu002479699 | TXu002482560 | TX0009485136 |
| TXu002479656 | TXu002480747 | TX0009485144 |
| TXu002479681 | TX0009487923 | TX0009485460 |
| TXu002479661 | TX0009483856 | TX0009483930 |
| TXu002481139 | TX0009488303 | TXu002482155 |
| TXu002479088 | TX0009487552 | TXu002480679 |
| TXu002481731 | TX0009488575 | TXu002482561 |
| TXu002480220 | TX0009487936 | TX0009485121 |
| TX0009482091 | TXu002482172 | TX0009487942 |
| TXu002481738 | TX0009482429 | TX0009488559 |
| TXu002479203 | TX0009487917 | TX0009483848 |
| TXu002480128 | TXu002480736 | V9991D056 |
| TXu002481754 | TXu002480749 | V15002D443 |
| TXu002479689 | TX0009483065 | TX0007935080 |
| TXu002479670 | TX0009487929 | TX0007935083 |
| TXu002478072 | TX0009485134 | TX0007712039 |
| TXu002482095 | TX0009487928 | TX0007649674 |
| TX0009464684 | TX0009488193 | TX0007297169 |
| TX0009466840 | TX0009487916 | TX0007380873 |
| V15016D737 | TX0009485140 | TX0007575578 |
| V15002D443 | TX0009482430 | TX0008119728 |
| VA0002249057 | TX0009483855 | TX0007710025 |
| V3600D796 | TX0009485455 | TX0007710546 |
| TX0007309017 | TX0009487563 | TX0006911763 |
| TXu002480688 | TX0009487548 | TX0007347431 |
| TXu002482133 | TX0009488195 | TX0007391267 |
| TX0009483857 | TX0009487925 | TX0006648424 |
| TX0009487934 | TX0009483943 | TX0007551129 |
| TXu002480678 | TX0009488004 | TX0007360268 |
| TX0009485141 | TX0009487561 | TX0006584510 |
| TXu002480733 | TXu002482160 | TX0006648466 |
| TX0009483850 | TX0009488566 | TX0006648161 |
| TX0009487545 | TX0009487521 | TX0006660211 |
| TXu002480691 | TX0009487922 | TX0006854859 |
| TXu002482559 | TX0009487935 | TX0006360600 |

| | | |
|---|---|---|
| TX0006560676 | TX0009478421 | TX0007986862 |
| TX0006431884 | TX0009478725 | TX0007359722 |
| TX0006481742 | TX0009481183 | |
| TX0006429986 | TX0009480147 | |
| V3527D507 | TX0009478461 | |
| V3527D507 | TX0009479307 | |
| TX0006257568 | TX0009480133 | |
| TX0006335976 | TX0009478419 | |
| TX0006259979 | TX0009485297 | |
| TX0006193537 | TX0009479135 | |
| V3511D428 | TX0009481180 | |
| V3508D828 | TX0009485267 | |
| TX0006265139 | TX0009484548 | |
| TX0006150805 | TX0009479310 | |
| TX0005982339 | TX0009473483 | |
| TX0006051075 | TX0009473775 | |
| V3510D559 | TX0009473767 | |
| TX0005911542 | TX0009473772 | |
| TX0005741112 | TX0009473455 | |
| TX0005803826 | TX0009473758 | |
| TX0005952891 | TX0009474061 | |
| TX0005588959 | TX0009473491 | |
| TX0005596110 | TX0009484194 | |
| TX0005752817 | TX0009473488 | |
| TX0005748014 | TX0009473452 | |
| TX0005660528 | TX0009473751 | |
| TX0005728111 | TX0009473458 | |
| TX0005789384 | TX0009473796 | |
| TX0005660529 | TX0009473456 | |
| TX0005630964 | TX0009473461 | |
| TX0005630965 | TX0009473793 | |
| TX0005630966 | TX0009473774 | |
| TX0005660530 | TX0009473485 | |
| TXu001211145 | TX0009473750 | |
| TX0009478359 | TX0009473480 | |
| TX0009485245 | TX0009473763 | |
| TX0009480131 | TX0009473795 | |
| TX0009481174 | V15002D443 | |
| TX0009476681 | V9996D625 | |
| TX0009480143 | V9908D921 | |