# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIFF DAVIS, INC., ZIFF DAVIS, LLC, IGN ENTERTAINMENT, INC. and EVERYDAY HEALTH MEDIA, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION and OPENAI HOLDINGS, LLC, <br><br> *Defendants.* | C.A. No. 1:25-cv-00501-UNA <br><br> JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gili Karev, Esquire, to represent Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc. and Everyday Health Media, LLC in this matter.

Dated: May 5, 2025

Respectfully submitted,

BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP

*/s/ Kristen Healey Cramer*
  Kristen Healey Cramer (#4512)
  1313 North Market Street, Suite 1201
  Wilmington, DE  19801
  Tel: (302) 442-7010
  kcramer@beneschlaw.com

*Attorney for Plaintiffs*

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Gili Karev is granted.

Date: _____    _____
                                                      United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk's Office upon the filing of this motion.

Date:  May 2, 2025

Gili Karev
Klaris Law PLLC
161 Water Street
New York, NY 10038
Telephone: (917) 612-5861
gili.karev@klarislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

                                                 */s/ Kristen Healey Cramer*
                                                 Kristen Healey Cramer (#4512)